OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX 76180-6608
(817)770-8500
FAX(817)498-1362

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: JACQUELYN YVONNE LEONARD                CASE NO: 08-46045-DML

Debtor(s),

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| AMERICAN HONDA FINANCE CORP<br>8505 FREEPORT PKWY STE 200<br>IRVING, TX 75063-2584 | 11/19/2010 | $7,561.40 |

/s/ Tim Truman
Standing Chapter 13 Trustee

NOTICE TO DEBTOR (S): IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THESE FUNDS.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named debtor (s) and creditor and served electronically on the attorney for debtor (s) and the United States Trustee on February 24, 2011 by U.S. First Class mail.

/s/ Tim Truman
Standing Chapter 13 Trustee

JACQUELYN YVONNE LEONARD           AMERICAN HONDA FINANCE CORP
7505 Pinehurst Dr W                 8505 FREEPORT PKWY STE 200
Fort Worth, TX 76134                IRVING, TX 75063-2584